IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 4:18-cr-00012 |
| v. ) | |
| ) | |
| ) | |
| DASHAWN ROMEER ANTHONY, ) | |
| et al., ) | |
| ) | By: Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

## ORDER

This matter comes before the court due to the recently discovered special state and multijurisdictional grand jury materials concerning gang activity in Danville, Virginia. The issue of the belatedly discovered materials was presented to the court in the related case, United States v. Marcus Davis, 4:18-cr-11. These materials were produced by various means (email, hand delivery, etc.) to counsel for defendant Marcus Jay Davis. The court now **ORDERS** the government to disclose all special state and multijurisdictional grand jury transcripts, notes, documents, or materials of any kind that were disclosed to defense counsel in Davis to counsel for defendants in this matter. As some of these transcripts were produced to Davis defense counsel in rough form, due to the time pressure of the impending (and at times ongoing) trial, the court also **DIRECTS** counsel for government to have verified transcripts prepared and produced.

It is **so ORDERED**.

Entered: 11-13-2019

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge