CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 2 6 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Slagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No.: 4:18-cr-00012 |
| v. ) | |
| ) | |
| ) | |
| DASHAWN ROMEER ANTHONY, ) | |
| et al., ) | |
| ) | By: Michael F. Urbanski |
| Defendants. ) | Chief United States District Judge |

## ORDER

This matter comes before the court on a number of motions and issues, mainly concerning the government's interlocutory appeal of the July 23, 2019 dismissal of several counts brought against defendants. ECF No. 411. The court held a hearing regarding this appeal and these motions on November 20, 2019. The court now rules as follows:

Defendant Montez Lamar Allen's motion to continue, ECF No. 468, joined by all defendants at the November 20 hearing, is **GRANTED**. Trial of this matter is continued to August 24, 2019. It is hereby **ORDERED** that the period of time necessitated by this continuance is excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A).

Defendant Javontay Jacquis Holland's motion to set additional pretrial hearing dates, ECF No. 343, is **GRANTED**. An amended Scheduling Order is forthcoming.

Counsel for government indicated at the November 20 hearing that the government wishes to withdraw its motion to hold this trial in Danville, Virginia. Accordingly, this motion, ECF No. 371, is **WITHDRAWN**.

Defendants Jalen Cormarrius Terry and Montez Lamar Allen's motions regarding relief from the scheduling order, ECF Nos. 471 and 472, are **GRANTED**. As stated above, an amended Scheduling Order is forthcoming.

It is **so ORDERED**.

Entered: 11-25-19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge