CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 04 2019

JULIA C. DUDLEY, CLERK
BY: /s/ C. Seagle
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 4:18-cr-12 |
| v. | ) |
| | ) |
| DASHAWN ANTHONY, | ) |
| et al., | ) By:  Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

The Jury Evidence Recording System (JERS) will be used in the trial of this case. JERS provides a number of advantages to court personnel, jurors, and counsel. JERS provides easy access to evidence by the jury during deliberation, reducing the need for jurors to handle physical evidence. Jurors can view the evidence multiple times, including videos and pictures.

However, JERS is NOT designed to present evidence and counsel should be familiar with evidence presentation technology in the courtroom.

JERS requires that counsel must submit electronic exhibit files in advance of trial on a USB drive, DVD, or CD. The attached instructions provide information for the preparation by counsel of the electronic exhibit files.

Experience with JERS in other cases teaches that exhibits should be given a name readily identifiable to the jury, such as 1_photo of dumpster 07042019.jpeg or 2_facebook message 07042109.pdf, rather than just a long list of numbers lacking context clues. Counsel should think of JERS listing exhibits much like an electronic guide lists television channels. It is much easier for the jury to find a given exhibit if the name selected for the exhibit bears some meaningful relation to its content.

Further, CM/ECF only accepts .pdf documents that are under 50 megabytes for docketing purposes. If counsel submits exhibits in another file format, such as .jpeg, .bmp, .gif., .mp4, etc., for JERS purposes, counsel must also submit the exhibit as a .pdf, under 50 megabytes, so that the exhibits can be docketed.

If counsel intends to use videos with subtitles as exhibits at trial, counsel must submit two versions of the video file: one with subtitles and one without subtitles.

Further questions should be directed to the Clerk's Office (Kristin Ayersman, (540) 857-5153, KristinA@vawd.uscourts.gov).

It is **so ORDERED**.

ENTERED: 12/04/19

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge

# JERS Instructions

The digital Jury Evidence Recording System (JERS) allows evidence admitted at trial to be easily viewed via a large screen monitor by the jury during deliberations. JERS reduces the need to handle physical evidence while allowing the jury to view evidence multiple times, play audio and video recordings, and zoom in on pictures and documents. JERS is NOT designed to present evidence in the courtroom.

## SUBMITTING EXHIBITS TO THE COURT

Counsel must submit all proposed exhibits on a DVD, CD, or USB drive ("device") no later than the Thursday before trial. The device must be labeled with the case title, case number and the name of the party for whom the exhibits are submitted. Each of the files contained on the device must be saved using the naming convention identified below, and in the orientation (portrait or landscape) to ensure the greatest ease of viewing. It is the responsibility of counsel that exhibits used during trial coincide in exhibit number as the exhibits submitted to the court on the device and to substitute any documents that have been altered.

## ACCEPTABLE FILE TYPES

Documents: .pdf
Images: .pdf, .jpeg, .bmp, .tif, .gif
Video and Audio Recordings: .avi, .mpg, .mp3, .mp4, .wav, .wma, .wmv

## REQUIRED NAMING CONVENTIONS

Exhibit files must be named using the following format:
**exhibit no._exhibit description.file extension**
Exhibits consisting of multiple smaller files must be named using the following format:
**exhibit no.-exhibit subpart_exhibit description.file extension**
Examples:
    1-a_photo of store from east view.jpeg
    1-b_photo of store from west view.jpeg
    2_camera footage 07042019.wmv
    3_contract 07042019.pdf

## ADDITIONAL REQUIREMENTS

Counsel must provide an exhibit list with file names and descriptions to display for jury deliberation. They must be accurate and not argumentative. File names must not contain single or double quotation marks, en dash (–) or em dash (—). Documents and images must not exceed file size 50 MB.