# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

## CRIMINAL MINUTES - GUILTY PLEA HEARING

**Case No.:** 4:18CR00012-003        **Date:** 2/10/2020

**Defendant:** Tredarius Jameriquan Keene, custody        **Counsel:** Charles Bledsoe, Mark Haugh

| PRESENT: | | | |
|---|---|---|---|
| | JUDGE: | Michael F. Urbanski, CUSDJ | TIME IN COURT: 9:09-10:17 1h 8m |
| | Deputy Clerk: | Kristin Ayersman | |
| | Court Reporter: | Mary Butenschoen | |
| | U. S. Attorney: | Heather Carlton, Ron Huber | |
| | USPO: | Kim Falatic | |
| | Case Agent: | Devin Taylor, FBI | |
| | Interpreter: | none | |

**PROCEEDINGS:**

☐ Waiver of Indictment filed.
☐ Information filed.
☒ Plea Agreement filed with court; SOF filed with court.
☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
☐ Defendant re-arraigned as to Counts Enter counts to which pleading guilty
☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
☒ Court finds the defendant competent and capable of making and knowing and voluntary plea and accepts plea of guilty and Rule 11 (c)(1)(C) plea agreement, accepting US argument for doing so.
☒ Guilty plea form executed and filed.
☒ Government summarizes evidence to support plea and rests.
☒ Court finds defendant guilty as charged in Counts One and Eleven.
   OR
☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | 1, 11 | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |

☒ Court orders Presentence Report.
☐ Copy of Presentence Report not requested.
☐ Defendant to remain on bond.
☒ Defendant remanded to custody.
☒ Sentencing hearing scheduled for TBA before Judge Urbanski.

Additional Information:

Parties/court present in Roanoke.

Dft prefers the court to TUA; US asks that the court accept the plea and PA. Court asks for US to justify. Court accepts argument by government and accepts plea and PA.